PROB 34
(1/92)

Report and Order Terminating Probation/
Supervised Release

**United States District Court**

FOR THE

DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2006

at 10 o'clock and 45 min A M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                             Criminal No.  CR 01-00154HG-01

DEAN A. TSURUMAKI

It appearing that the period of supervised release expired on 4/17/2006, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

_/s/ JONATHAN K. SKEDELESKI_
JONATHAN K. SKEDELESKI
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 4th day of May, 2006.

_/s/ HELEN GILLMOR_
HELEN GILLMOR
Chief U.S. District Judge